IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

       Plaintiff,                   No. CIV S-06-2391 MCE KJM P

   vs.

T. FELKER, et al.,

       Defendants.              **NON-RELATED CASE ORDER**

/

HENRY C. HAYES,

       Plaintiff,                   No. CIV S-07-0721 FCD GGH P

   vs.

T. FELKER, et al.,

       Defendants.

/

///
///
///
///

1

1  The court has received the notice of related cases concerning the above-captioned cases
2  filed June 22, 2007.  See Local Rule 83-123, E.D. Cal. (1997).  The court has, however,
3  determined that it is inappropriate to relate and reassign Civil No. S-07-0721 FCD GGH P to
4  Civil No. CIV S-06-2391 MCE KJM P, and it therefore DECLINES to do so.
5  IT IS SO ORDERED.

Dated:  November 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE